**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ANTONIO DEL CID-MAZARIEGOS,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>Respondent. | No. 07-74470<br><br>Agency No. A098-113-305<br><br>MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010[**]

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

   Jose Antonio Del Cid-Mazariegos, a native and citizen of Guatemala,

petitions pro se for review of the Board of Immigration Appeals order dismissing

his appeal from an immigration judge's decision denying his application for

---

   [*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]   The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

KY/Research

asylum, withholding of removal, and relief under the Convention Against Torture

("CAT"). Our jurisdiction is governed by 8 U.S.C. § 1252. We review de novo

questions of law, *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th Cir. 2008), except

to the extent that deference is owed to the BIA's determination of the governing

statutes and regulations, *Simeonov v. Ashcroft*, 371 F.3d 532, 535 (9th Cir. 2004).

We review factual findings for substantial evidence. *Zehatye v. Gonzales*, 453

F.3d 1182, 1184-85 (9th Cir. 2006). We deny in part and dismiss in part the

petition for review.

We reject Del Cid-Mazariegos' claim that he is eligible for asylum and

withholding of removal based on his membership in a particular social group,

namely, Guatemalan males who refuse to join gangs, or based on his anti-gang

political opinion. *See Santos-Lemus v. Mukasey*, 542 F.3d 738, 745-46 (9th Cir.

2008) (rejecting as a particular social group "young men in El Salvador resisting

gang violence") (internal quotation omitted); *Barrios v. Holder*, 581 F.3d 849,

854-56 (9th Cir. 2009) (refusal to join a gang does not amount to political opinion.)

Accordingly, because Del Cid-Mazariegos failed to demonstrate that he was

persecuted on account of a protected ground, we deny the petition as to his asylum

and withholding of removal claims. *See id*. at 856.

We lack jurisdiction to consider Del Cid-Mazariegos' CAT claim because he did not exhaust it before the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part;  DISMISSED in part.**